IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GORDY, # 257498, | ) |
| Petitioner, | ) ) ) |
| v. | ) CASE NO. 3:14-CV-162-WKW |
| CARTER F. DAVENPORT, *et al.*, | ) ) ) |
| Respondents. | ) |

# **ORDER**

On February 25, 2016, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. # 30.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation of the Magistrate Judge (Doc. # 30) is ADOPTED. It is further ORDERED as follows:

1. The petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 1) is DENIED; and

2. This case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 21st day of March, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE